THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WESTERN & CLAY, LLC; a limited liability company; SWINERTON BUILDERS NORTHWEST, INC., a corporation; CITIGROUP GLOBAL INVESTMENTS REAL ESTATE LP, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma stock company; AXIS SURPLUS INSURANCE COMPANY, a corporation,<br><br>Defendants. | NO. 02:09-cv-01423-MJP<br><br>NOTICE OF FIRM'S NAME CHANGE<br><br>[Clerk's Action Required] |

TO: CLERK OF THE COURT and all parties:

Effective immediately Stanislaw Ashbaugh, LLP has changed its name to Ashbaugh Beal LLP. Address and phone numbers will remain the same. Please change your records to reflect this change.

NOTICE OF FIRM'S NAME CHANGE - 1
02:09-cv-01423-MJP

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

1 | DATED this 28th day of April, 2010.

2 |                 ASHBAUGH BEAL LLP

3

4 |         By s/ Zachary O. McIsaac
          Zachary O. McIsaac, WSBA# 35833

5 |           zmcisaac@lawasresults.com
          Attorneys for Plaintiffs

(Lines 6–24 blank)

NOTICE OF FIRM'S NAME CHANGE - 2
02:09-cv-01423-MJP

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

# CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of Notice of Firm's Name Change was served to the undersigned in the manner indicated below:

| | |
|---|---|
| Timothy E. Allen, WSBA #35337<br>tallen@bbliaw.com<br>Bennett Bigelow & Leedom, P.S.<br>1700 Seventh Avenue, Suite 1900<br>Seattle, WA 98101<br>Phone: 206.622.5511 | ☐ Via U.S Mail<br>☐ Via Facsimile<br>☐ Via Legal Messenger<br>☒ Via E-Mail |
| Mark J. Feinberg<br>mfeinberg@zelle.com<br>Roger D. Branigin<br>rbranigin@zelle.com<br>Zelle Hofmann Voelbel & Mason<br>500 Washington Ave South, Suite 4000<br>Minneapolis, MN 55415<br>Phone: 612.336.9102 | ☐ Via U.S Mail<br>☐ Via Facsimile<br>☐ Via Legal Messenger<br>☒ Via E-Mail |

I declare under penalty under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 28th day of April, 2010.

s/ Zachary McIsaac
Zachary McIsaac, WSBA# 35833
zmcisaac@lawasresults.com
Attorney for Plaintiffs

NOTICE OF FIRM'S NAME CHANGE - 3
02:09-cv-01423-MJP

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400