THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WESTERN & CLAY, LLC, a limited liability company; SWINERTON BUILDERS NORTHWEST, INC., a corporation; CITIGROUP GLOBAL INVESTMENTS REAL ESTATE LP, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma stock company; AXIS SURPLUS INSURANCE COMPANY, a corporation,<br>Defendants | NO. 02:09-cv-01423-MJP<br><br>**STIPULATED MOTION AND ORDER CONTINUING TRIAL DATE AND EXTENDING DISCOVERY, DISPOSITIVE MOTION, AND OTHER INTERIM CASE DEADLINES**<br><br>**NOTED ON MOTION CALENDAR:**<br>**August 11, 2010** |

## I.   CONTINUANCE OF TRIAL DATE

Trial in this matter is currently scheduled to begin the week of March 14, 2011. Trial counsel for Defendants Landmark American Insurance Company and AXIS Surplus Insurance Company ("Defendants"), Mark Feinberg, has recently learned that his son is engaged to be married and that the wedding ceremony will take place on March 12, 2011 in Philadelphia.

STIPULATED MOTION AND ORDER CONTINUING TRIAL DATE AND EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES NO. 2:09-cv-01423-MJP Page 1

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511 / F: (206) 622-8986

Counsel for Plaintiffs Western & Clay LLC, Swinerton Builders Northwest, Inc. and Citigroup Global Investments Real Estate LP LLC do not object to a continuance of the trial date in order to allow Defendants' counsel to attend the wedding. Counsel for Plaintiffs and Defendants have further conferred to coordinate their schedules and have agreed on an amended trial date of May 2, 2011, subject to the Court's approval. If that date is not acceptable to the Court, the parties will make themselves available at the Court's convenience for a conference call to discuss case scheduling and the setting of a trial date as soon as possible after May 2, 2011, should the Court so desire.

## II.     DISCOVERY AND DISPOSITIVE MOTION DEADLINES

The current discovery cut-off is September 3, 2010, with dispositive motions due to be filed and noted no later than October 4, 2010. Currently, one motion has been filed and is noted for hearing on August 27, 2010.

The parties are continuing to work cooperatively in pursuing discovery and conducting motion practice in a manner that is designed to narrow the factual and legal issues in dispute. To date, they have participated in an all-day mediation session on two of the claims and an informal meeting involving experts and project personnel, which clarified some factual bases of, and legal theories underlying, their respective claims and defenses. The parties have also begun deposition discovery. The parties believe, however, that receiving the Court's guidance on key issues of policy interpretation would provide needed clarity on the scope of coverage under the policies, would likely narrow the grounds of their dispute, and would potentially eliminate costly and unnecessary discovery. Accordingly, the parties request that the Court extend the dispositive motion deadline to November 19, 2010, which will leave the Court over four months to consider such motions before the requested new trial date; extend the discovery cutoff to February 28,

STIPULATED MOTION AND ORDER CONTINUING
TRIAL DATE AND EXTENDING DISCOVERY AND
DISPOSITIVE MOTION DEADLINES NO. 2:09-cv-01423-
MJP Page 2

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511 / F: (206) 622-8986

2011, which will allow potentially unnecessary discovery to be avoided; and issue an amended case scheduling order containing other revised dates as follows:

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) | 10/4/2010 | 11/19/2010 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see CR 7(d)) | 8/13/2010 | 1/21/2011 |
| Discovery completed by | 9/3/2010 | 2/28/2011 |
| Settlement conference | 1/13/2011 | 3/1/2011 |
| Motions in limine must be filed by and noted on the motion calendar no later than the third Friday thereafter (see CR 7(d)) | 2/14/2011 | 4/1/2011 |
| Settlement or mediation completed and 39.1 Settlement Report submitted by | 2/14/2011 | 4/1/2011 |
| Pretrial order submitted by | 3/2/2011 | 4/20/2011 |
| Pretrial conference | 3/4/2011 | 4/22/2011 at 1:30 PM |
| Trial briefs submitted by | 3/9/2011 | 4/27/2011 |
| Proposed voir dire/jury instructions to | 3/9/2011 | 4/27/2011 |
| Trial | 3/14/2011 | 5/2/2011 |

Accordingly, the parties STIPULATE and REQUEST the Court to issue a Minute Order reflecting these revised stipulated deadlines.

STIPULATED MOTION AND ORDER CONTINUING TRIAL DATE AND EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES NO. 2:09-cv-01423-MJP Page 3

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511 / F: (206) 622-8986

Dated this ____ day of August, 2010.

| | |
|---|---|
| ZELLE HOFMANN VOELBEL & MASON LLP | ASHBAUGH BEAL LLP |
| By _/s/ Mark J. Feinberg_<br>Mark J. Feinberg (admitted *pro hac vice*)<br>Roger D. Branigin (admitted *pro hac vice*)<br>mfeinberg@zelle.com<br>rbranigin@zelle.com<br>Attorneys for Defendants | By _/s/ Zachary McIsaac_<br>Zachary O. McIsaac, WSBA#35833<br>Richar T. Beal, Jr., WSBA#09203<br>zmcisaac@lawasresults.com<br>rbeal@lawresults.com<br>Attorneys for Plaintiffs |
| BENNETT BIGELOW & LEEDOM, P.S. | WATT, TIEDER, HOFFAR & FITZGERALD, LLP |
| By _/s/ William Leedom_<br>William J. Leedom, WSBA #2321<br>Timothy E. Allen, WSBA #35337<br>wleedom@bbllaw.com<br>tallen@bbllaw.com<br>Attorneys for Defendants | By _/s/ Christopher Wright_<br>Christopher A. Wright, WSBA #26601<br>cwright@WTHF.com<br>Attorneys for Plaintiffs |

### III. ORDER

PURSUANT TO THE ABOVE STIPULATION, THE COURT DOES HEREBY ORDER that certain dates set forth in the Court's Stipulation and Order filed April 8, 2010, shall be continued and extended as follows:

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) | 10/4/2010 | 11/19/2010 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see CR 7(d)) | 8/13/2010 | 1/21/2011 |

STIPULATED MOTION AND ORDER CONTINUING TRIAL DATE AND EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES NO. 2:09-cv-01423-MJP Page 4

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511 / F: (206) 622-8986


|   |   |   |
|---|---|---|
| Discovery completed by | 9/3/2010 | 2/28/2011 |
| Settlement conference | 1/13/2011 | 3/1/2011 |
| Motions in limine must be filed by and noted on the motion calendar no later than the third Friday thereafter (see CR 7(d)) | 2/14/2011 | 4/1/2011 |
| Settlement or mediation completed and 39.1 Settlement Report submitted by | 2/14/2011 | 4/1/2011 |
| Pretrial order submitted by | 3/2/2011 | 4/20/2011 |
| Pretrial conference | 3/4/2011 | 4/22/2011 at 1:30 PM |
| Trial briefs submitted by | 3/9/2011 | 4/27/2011 |
| Proposed voir dire/jury instructions to | 3/9/2011 | 4/27/2011 |
| Trial | 3/14/2011 | 5/2/2011 |

DATED this _____ day of August, 2010.

_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND ORDER CONTINUING TRIAL DATE AND EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES NO. 2:09-cv-01423-MJP Page 5

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511 / F: (206) 622-8986

1  Presented by:

2

3  ZELLE HOFMANN VOELBEL          ASHBAUGH BEAL LLP
   & MASON LLP
4

5  By *[signature]*                By *[signature]*
   Mark J. Feinberg (admitted *pro hac vice*)   Zachary O. McIsaac, WSBA#35833
6  Roger D. Branigin (admitted *pro hac vice*)  Richard R. Beal, Jr., WSBA#09203
   mfeinberg@zelle.com             zmcisaac@lawasresults.com
7  rbranigin@zelle.com             rbeal@lawresults.com
8  Attorneys for Defendants        Attorneys for Plaintiffs

9  BENNETT BIGELOW & LEEDOM, P.S.  WATT, TIEDER, HOFFAR &
                                   FITZGERALD, LLP
10

11 By *[signature]*                By *[signature]*
12 William J. Leedom, WSBA #2321   Christopher A. Wright, WSBA #26601
   Timothy E. Allen, WSBA #35337   cwright@WTHF.com
13 wleedom@bbllaw.com              Attorneys for Plaintiffs
   tallen@bbllaw.com
14 Attorneys for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER CONTINUING              LAW OFFICES
TRIAL DATE AND EXTENDING DISCOVERY AND       BENNETT BIGELOW & LEEDOM, P.S.
DISPOSITIVE MOTION DEADLINES NO. 2:09-cv-01423-    1700 Seventh Avenue, Suite 1900
MJP Page 6                                         Seattle, Washington 98101
                                              T: (206) 622-5511 / F: (206) 622-8986

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher A. Wright
WATT, TIEDER, HOFFAR & FITZGERALD, LLP
cwright@WTHF.com

Zachary O. McIsaac., Esq.
Richard T. Beal, Jr.
ASHBAUGH BEAL LLP
zmcisaac@lawasresults.com
rbeal@lawresults.com

DATED: August 11, 2010         /s/ William J. Leedom
                               William J. Leedom, WSBA#2321

{2493.00001/M0189732.DOC; 1}

STIPULATED MOTION AND ORDER CONTINUING TRIAL DATE AND EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES NO. 2:09-cv-01423-MJP Page 7

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511 / F: (206) 622-8986